# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )( | |
| )( | **Criminal No. 23-417 (APM)** |
| v.  )( | **Judge Mehta** |
| )( | **Plea Hearing: July 25, 2024** |
| **RICHARD MARKEY**  )( | |

## ORDER

The Court having considered defendant Richard Markey's Unopposed Motion to Continue Plea Hearing, it is, this _____ day of July 2024, hereby

**ORDERED** that the motion is granted, and it is further

**ORDERED** that the plea hearing scheduled for July 25, 2024 is vacated, and it is further

**ORDERED** that the plea hearing will now be held on August _____, 2024 at _____ a.m./p.m.

**SO ORDERED.**

_____
Amit P. Mehta
United Stated District Judge